IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHELLE SIMMONS )
)
    Plaintiff, )
)
)
VS )   Civil Action 04-924
)
LESHAWN WALKER, )
)
    Defendant. )

## ORDER

AND NOW, this _5th_ day of _Jan_____, 2006,

IT IS HEREBY ORDERED:

1. The Bench Trail on Damages has been rescheduled for **January 13, 2006 at 1:00 PM** in Courtroom No. 3B, Third Floor, U.S. Post Office and Courthouse, Pittsburgh, PA 15219.

2. The defendant shall participate via video conferencing which shall be set up by the court.

_____
Donetta W. Ambrose
Chief United States District Judge

cc:   All Parties and Counsel of Record